**No. 45707.**—Protests 19546–G, etc., of Lian & Mabarak (New York).

Opinion by TILSON, J. It appeared that the filet laces in question are similar to those the subject of *Jabara* v. *United States* (T. D. 46574). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 45708.**—Protests 988961–G, etc., of. Japan Paper Co., Inc. (New York).

Opinion by KINCHELOE, J. The sample consisted of a sheet of paper about 19 by 30 inches with one side lithographed with colored designs suggestive of Christmas time. There was no evidence as to the chief use of the merchandise immediately before the enactment of the Tariff Act of 1930. *United States* v. *Tower* (26 C. C. P. A. 1,. T. D. 49534) cited. The provision of paragraph 1409 for wrapping paper being an *eo nomine* designation by use, it was held that failure of any proof to establish chief use of the merchandise for wrapping purposes at the time of the passage of the present tariff act is fatal to the plaintiff's claim. The protests were therefore overruled.

**No. 45709.**—Protest 845859–G of American Import Co. (Los Angeles).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of rice straw rugs similar to those the subject of Abstracts 26189 and 42649. The claim at 35 percent under paragraph 921 was therefore sustained.

BEFORE THE SECOND DIVISION, APRIL 10, 1941

**No. 45710.**—Protests 504342–G, etc., of I. Goldberg, Inc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45711.**—Protests 22123–K, etc., of Samuel S. Perry et al. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.